IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN BANKHURT, PAMELA ANDERSON,
JONATHAN ZANG, and JESSE KARP, individually
and on behalf of all others similarly situated,

        Plaintiffs,

   v.

WOLF APPLIANCE, INC. and
SUB-ZERO GROUP, INC.

        Defendants.

ORDER

23-cv-253-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 26th day of June, 2024.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge