UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JOHN BANKHURST, PAMELA ANDERSON,
JONATHAN ZANG, and JESSE KARP,
individually and on behalf of all others similarly
situated,

      Plaintiffs,

      v.                                                                                                  Case No. 3:23-cv-00253-jdp

SUB-ZERO GROUP INC. and
WOLF APPLIANCE, INC.,

      Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs John Bankhurst, Pamela Anderson, Jonathan Zang and Jesse Karp, and defendants Sub-Zero Group, Inc. and Wolf Appliance, Inc. hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs.

      Defendants made no payment of attorney's fees or costs to plaintiffs or their counsel in the Settlement, which led to this stipulation of dismissal.

1

| | |
|---|---|
| Dated: October 21, 2024 | /s/ Rick Lyon<br>Richard Lyon*<br>Gabriel Doble*<br>Simon Franzini*<br>Christin Cho*<br>DOVEL & LUNER, LLP<br>201 Santa Monica Blvd., Suite 600<br>Santa Monica, California 90401<br>Telephone: (310) 656-7066<br>rick@dovel.com; gabe@dovel.com<br>simon@dovel.com; christin@dovel.com<br><br>*Counsel for Plaintiffs John Bankhurst, Pamela Anderson, Jonathan Zang and Jesse Karp*<br><br>*Admitted *Pro Hac Vice*<br><br><br>/s/ Naikang Tsao<br>Naikang Tsao<br>Andrew C. Gresik<br>FOLEY & LARDNER LLP<br>150 East Gilman Street<br>P.O. Box 1497<br>Madison, Wisconsin 53701-1497<br>Telephone: (608) 258-4250<br>ntsao@foley.com; agresik@foley.com<br><br>Michelle Y. Ku (admitted *pro hac vice*)<br>FOLEY & LARDNER LLP<br>2021 McKinney Avenue, Suite 1600<br>Dallas, TX 75201<br>Telephone: (214) 999-4256<br>mku@foley.com<br><br>Gordon Davenport III<br>2876 Osmundsen Road<br>Fitchburg, WI 53711<br>Telephone: (608) 220-0350<br>gdavenport1@charter.net<br><br>*Counsel for Defendants Sub-Zero Group, Inc. and Wolf Appliance, Inc.* |

2